**Serge A. SCHERBATSKOY, Jr., Plaintiff-Appellant,**

v.

**John N. MITCHELL,\* et al., Defendants-Appellees.**

**No. 24119.**

United States Court of Appeals,
Ninth Circuit.

March 11, 1971.

---

\* Mr. Mitchell's name is substituted, pursuant to Fed.R.App.P. 43(c), for that of Ramsey Clark, who was a defendant in the district court in his then capacity of Attorney General of the United States.

Ernest M. Thayer (argued), San Francisco, Cal., for appellant.

Stephen Kazan, Asst. U. S. Atty. (argued), James L. Browning, Jr., U. S. Atty., San Francisco, Cal., for appellees.

Before DUNIWAY, ELY and KILKENNY, Circuit Judges.

PER CURIAM:

The district court's order of dismissal is affirmed. Rheingans v. Mitchell, 438 F.2d 345 (9th Cir. 1971). *See* Clark v. Gabriel, 393 U.S. 256, 89 S.Ct. 424, 21 L.Ed.2d 418 (1968); Petersen v. Clark, 411 F.2d 1217 (9th Cir. 1969).